Jeffrey G. Buchella
Attorney at Law
PO Box 65045
Tucson, Arizona 85728
Arizona Bar No. 010569
jeffbuchella@gmail.com
520.343.3923
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Tabitha June Stowe,<br><br>Defendant. | CR 24-00242-RCC-(MAA)<br><br><br>DEFENDANT TABITHA STOWE'S<br>SENTENCING MEMORANDUM |

COMES NOW the Defendant, Tabitha June Stowe, by and through counsel undersigned, and submits her memorandum in advance of sentencing currently scheduled for October 15, 2024 at 9:10 a.m. This will be a consolidated sentencing resolving former CR23-01840-RCC and CR24-00242-RCC.

In CR23-01840-RCC, Ms. Stowe pled guilty to Count Two of the indictment, Transportation of Illegal Aliens for Profit, pursuant to 8 U.S.C. § 1324(a)(1)(A)(ii), 8 U.S.C. § 1324(a)(1)(B)(i). In CR24-00242-RCC, she pled guilty to both counts in the indictment, Smuggling Goods from the United States, pursuant to 18 U.S.C. §

554(a) and Felony Receipt of a Firearm, pursuant to 18 U.S.C. § 933(a)(2), 18 U.S.C. § 933(b). These guilty pleas were entered under plea agreements with the Government. As of the date of sentencing she will have been in custody for 358 days.

The plea agreement in the original CR24-00242-RCC case stipulates that the sentence will not exceed the low end of the final advisory guideline range, that Counts 1 and 2 will run concurrent to each other and that the sentences in CR24-00242-RCC will run concurrent with the sentence in (prior case) CR23-01840-RCC (Doc. 34).The plea agreement provisions may have less relevance, however, because U.S. Probation applied the guidelines applicable for grouped counts. Probation recommends concurrent time served sentences followed by concurrent three-years terms of supervised release in both cases. Ms. Stowe submits that this resolution of her cases is more than "sufficient, but not greater than necessary, to conform with the statutory purposes of sentencing as outlined at 18 U.S.C. § 3553(a)."

In CR24-00242-RCC, Probation has calculated the base offense level at 12, added two levels because Stowe will be convicted under 18 U.S.C. 933(a)(2), added four levels because Stowe possessed the subject firearm while attempting to leave the United States, and subtracted two levels because Stowe was motivated to commit the offenses by threats and assaults by intimate partners and fear of such and was unlikely to otherwise have committed the offenses, resulting in an Adjusted Offense Level 16. In CR-01840-RCC, Probation assigned a base offense level of 12. The

counts in both cases were grouped under U.S.S.G. §3D.1, added two units under U.S.S.G. §3D.1.4(a)-(c), added the units to the highest offense level, yielding a Combined Adjusted Offense Level of 18. Three levels were subtracted for acceptance of responsibility, yielding a Total Offense Level of 15. Since Ms. Stowe has no criminal history, she is placed in Criminal History Category I. Probation has calculated the advisory guideline range at 18-24 months custody. Neither the Defendnat nor the Government has filed objections to the draft PSR.

The probation department identified grounds for a downward variance pursuant to 18 U.S.C. § 3553(a), including absence of prior criminal history, impact of her prior abusive relationships, her TBI months before the offenses, her drug addiction commencing only months before her offenses, prior history of steady employment and extraordinary acceptance of responsibility. (Doc. 39 at 20-21). The Defendant asks the Court to impose the recommended time served sentences based on the above factors and additional factors more fully developed below.

<u>No Pre-Offense Criminal History. Current Offense is Aberant Conduct</u>

Tabitha Stowe has pled guilty to attempting to smuggle a rifle into Mexico and transporting a single alien in exchange for a promise of payment. She is 42 years old. She was 41 when she committed the subject offenses. She is a very rare defendant who comes before the court having had no criminal conduct during the first half of her life. She now faces sentencing on serious federal and state charges.

Ms. Stowe's behavior was a radical departure from an otherwise law abiding life and clearly the product of extraordinary changes which took place in her life after she married Preston Stowe.

Psychological and Social Factors Related to Domestic Abuse

Psychological and social circumstances related to Tabitha's marriage to Preston Stowe played a major role in her involvement in the offenses charged at bar. In her first marriage Tabitha endured emotional abuse but there was no evident impact on how she functioned in her day-to-day life. She was consistently employed for most of her adult life and apparently responsible during those many years. This changed dramatically after she married Preston Stowe in 2018, a released convict whom she had met while he was in custody and she was employed as a corrections officer. After Preston was released and completed his parole status, he returned to the use of hard drugs including methamphetamine. He became unemployed and eventually unemployable. His mental state deteriorated. He became paranoid, jealous, controlling and violent. Especially in the year before Tabitha committed her offenses, she was subjected to severe physical, sexual, medical and emotional abuse. As discussed in the presentence report, Preston often would not let Mrs. Stowe eat. She had to wait for him to finish and eat what was left or had been thrown away. After she lost her employment and applied for food stamps, Preston would use her food stamps to feed himself. Eventually, Preston and Tabitha became homeless,

4

unemployed and completely indigent.Tabitha was entirely dependent on Preston. What followed was a pattern of severe poverty, homelessness and physical, sexual, and mental abuse at Preston's hands.

Physical Abuse

Preston's physical abuse included repeated beatings of Tabitha. He was arrested many times for Domestic Violence/Assault in both Colorado and Arizona. It is believed Preston is in custody in Colorado now on a felony DV case. Preston would threaten Tabitha. She told Probation that she distanced herself from her daughter McKenna because she believed Preston might kill her. A review of pubic records concerning Preston reveals multiple domestic violence, assault, and drug related charges and warrants in Colorado and Arizona during the period of late 2022- to late 2023 when Tabitha was arrested.

An incident which happened two months before Tabitha's attempt to cross a rifle into Mexico is but one example of the abuse Preston subjected to Tabitha and sheds light on the couple's life style at the time. On July 10, 2023, at 2:45 a.m., police were dispatched to a Circle K in Scottsdale. Tabitha Stowe was reportedly driving Preston to a felony court appearance in Maricopa County. The couple ran out of gas, panhandled for gas money but ran out of gas again. Preston accused Tabitha of "stealing his syringe" and put her in a chokehold. Security camera footage showed Preston as he tackled Tabitha, threw her to the ground and punched her in

the temple with his closed fist. Preston denied any assault, but police observed a "golfball size welt on Tabitha's right eye." Law enforcement conducted a "Release Questionnaire-Intimate Partner Risk Assessment" during which Tabitha told officers that Preston's physical violence had increased in frequency over the last year, that she believed he was capable of killing her, that he had previously used a weapon or object to hurt or threaten her, and that he had previously choked, strangled or suffocated her. She reported that Preston, a convicted felon, was trying to obtain a firearm, had threatened to harm her family and that he had threatened to kill her.

<u>Post-Arrest Pattern of Abuse by Preston</u>

Even as both Preston and Tabitha have been incarcerated, Preston Stowe has sent repeated unsolicited correspondence to Tabitha at CoreCivic. Preston's letters make clear the nature of Preston's imagined relationship with Tabitha. The content of two letters is summarized here because legible photocopies of the letters could not be made. In his first letter to Tabitha, Preston, who refers to himself as "Daddy," is advising, begging and sometimes threatening Tabitha not to testify against him or offer information about any knowledge she has about any crimes he has committed, including as to the Scottsdale DV assault. He lies to her about the Scottsdale assault telling her the police don't have any hard evidence. In some instances he seems to be offering Tabitha a story she can tell law enforcement if she is questioned about any incident he's worried about. He keeps telling her he loves her and wants to get

back together with her. In a second letter Preston warns Tabitha not to talk to people outside the family, not to divorce him because it would prevent them from living together during Tabitha's supervised release, and warns her more than once not to "talk to other guys."

Drug Addiction

Tabitha had no history of drug abuse prior to about October, 2022 when Preston got her addicted to methamphetamine by administering it to her without her knowledge or consent. She began to use it regularly after her head injury at the end of 2022.

Head Injuries

On or about January 1, 2023 (about six months before the rifle smuggling offense), Tabitha sustained a serious head injury. She was taken to the emergency room at Banner in Brush, Colorado and in "critical condition [taken] to ICU", according to Banner records. Tabitha told the medical staff she had fallen off the toilet after becoming intoxicated and hit her head. However, this was an explanation given to her by Preston which Tabitha does not believe especially since she has no history of consuming alcohol excessively. Banner Medical records indicate "a fairly significant" intracranial hemorrhage in the right frontal lobe. Tabitha was referred to follow up with a specialist, but Preston interfered with her

attempts to obtain additional care, refused to drive her to follow-up medical appointments and according to Tabitha's father discharged Tabitha from the hospital against medical advise.

According to CoreCivic records, Tabitha reports current sensitivity to light and sound, disturbed vision, stabbing pain behind her eyes, an average pain level of 6-8 out of 10, daily migraines which last up to four hours and intermittent memory loss. In May 2023 she did go to Banner in Brush where she reported several falls, dizziness, aimless wandering, and reportedly had trouble identifying her husband.

Tabitha's Introduction to Louis Saenz, Her "Boss"

Preston travelled to the border region around Douglas, Arizona where he made contact with Louis Saenz. Saenz was coordinating alien and firearms smuggling in the area. Preston "sold" Tabitha to Saenz, abandoning Tabitha to Saenz' custody where she was made to provide sexual services for Saenz and his friends. Saenz abused Tabitha to a possibly greater extent than Preston had. He beat her and threatened that Tabitha would have no food or shelter unless she committed requested crime. She was forced to sleep in cars. Saenz threatened to kill Tabitha and her family. Tabitha has stated that Saenz used threats of harm to get her to take the rifle over the border.  According to Tabitha, Saenz never let her out of his sight. He told her if she called the police he would kill her. However, she eventually called 911 and was taken to a safe house. Saenz was convicted in Cochise County Superior

Court of Kidnapping by "knowingly restraining [Tabitha] with the intent to commit death, physical injury, or sexual offense" and sentenced to five years in the Arizona Department of Corrections (Cochise County Superior Court No. CR2023-01074). The factual predicate for the charges included that Saenz punched Tabitha multiple times in her ribs, grabbed her by the throat during which time she could not breathe, told his nephew he would kill Tabitha, pushed her through a wall, and threatened to forcibly take her to Mexico and have her killed.

Physical and Mental Health Issues

Tabitha suffers from Anemia. She has had some treatment history for mental health issues including anxiety and depression for which she's been prescribed medication in the past. She has one recorded suicide attempt in February 2023 after Preston removed her from the hospital.

Cooperation and Acceptance of Responsibility

Tabitha cooperated extensively with State and Federal law enforcement. She underwent a lengthy debriefing by the Tombstone Marshal's Office and later by ICE investigators on October 19, 2023. These debriefings provided the basis for her convictions in the firearms matter and provided other useful information to authorities. During her presentence interview Tabitha made tearful expressions of remorse for what she has done.

9

Post-Arrest Rehabilitation

Tabitha has completed approximately 40 classes at CoreCivic including in domestic violence and substance abuse. Several certificates have been submitted to the Court along with letters of support. Unfortunately, most of the certificates were lost by counsel due to a digital issue, but counsel will attest to their existence.

Onerous Conditions of Further Incarceration

During the last year Ms. Stowe's conditions of incarceration have in some respects been more onerous than a typical period in custody. She has been in protective custody/segregation since her arrest due to her status as a former corrections officer.

Family Support

Tabitha's parents and sister Teresa have submitted letters of support to the Court. They are willing to take Tabitha into their homes after her release.

CONCLUSION

A sentence of time served is more than "sufficient, but not greater than necessary, to conform with the statutory purposes of sentencing as outlined at 18 U.S.C. § 3553(a)." Tabitha requests that the Court release her to resolve her pending matters in Cochise County and to begin her term of supervised release. In addition she would request the opportunity to have her federal supervision transferred to

10

Colorado where she will be able to live with her sister Teresa and near her parents.

Finally, she would like to have special conditions including mental health evaluation

and substance abuse  treatment and testing.

RESPECTFULLY SUBMITTED this 4th day of  October, 2024.

s/Jeffrey G. Buchella
JEFFREY G. BUCHELLA
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

11